UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-81943-CV-MIDDLEBROOKS/Matthewman

SIFREDO JIMENEZ,

   Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC,

   Defendant.

_____/

## ORDER GRANTING MOTION TO STAY

THIS CAUSE comes before the Court on Defendant's Unopposed Motion to Stay ("Motion"), filed January 12, 2022. (DE 13). For the reasons set forth below, the Motion is granted.

The Parties agree that the resolution of the Eleventh Circuit's en banc rehearing of *Hunstein v. Preferred Collection & Management Services, Inc.*, 17 F.4th 1016 (11th Cir. 2021) is potentially case-dispositive. Plaintiff brings a claim under the Fair Debt Collection Practices Act, § 15 U.S.C. § 1692c(b), and in the Complaint specifically cites *Hunstein* for its holding that "a violation of § 1692c(b) gives rise to a concrete injury in fact under Article III." (DE 1-1 ¶ 35). Having vacated the panel opinion and ordered rehearing en banc, 17 F.4th 1103, the Eleventh Circuit will squarely address the question of whether a violation of § 1692c(b) confers Article III standing. (DE 14).

District courts have broad discretion to stay a case; however, when exercising that discretion "to stay a case pending the resolution of related proceedings in another forum, the district court must limit properly the scope of the stay. A stay must not be 'immoderate," considering the scope and duration of the stay in addition to the stated reasons for its imposition. *Ortega Trujillo v. Conover & Co. Commc'ns*, 221 F.3d 1262, 1264 (11th Cir. 2000) (quoting *CTI-*

*Container-Leasing Corp. v. Uiterwky Corp.*, 865 F.2d 1284, 1288 (11th Cir. 1982)). Given that briefing is underway and oral argument has been scheduled for February 21, 2022 (DE 14), I find that a stay pending the resolution of *Hunstein* is appropriate. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Defendant's Unopposed Motion to Stay (DE 13) is **GRANTED**.

(2) This case is **STAYED** pending the Eleventh Circuit's en banc decision in *Hunstein v. Preferred Collection & Management Services, Inc.*, Appeal No. 19-14434.

(3) The Clerk shall **ADMINISTRATIVELY CLOSE THIS CASE**.

(4) The Parties shall file a joint status report within **five days** of the issuance of the mandate in *Hunstein v. Preferred Collection & Management Services, Inc*.

**SIGNED**, in Chambers, at West Palm Beach, Florida, this 13th day of January, 2022.

Donald M. Middlebrooks
United States District Judge

cc:     Counsel of Record